JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| REZA SENOBARIAN et al., | Case № 2:23-cv-07208-ODW (MAAx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| ANTONY J. BLINKEN et al., | |
| Defendants. | |

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss, (ECF No. 18), it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiffs shall recover nothing from Defendants;
2. Plaintiffs' Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

March 1, 2024

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**